675 A.2d 261

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Lakshmi NADGIR, Petitioner.**

**No. 0798 E.D. Allocatur Docket 1995.**

Supreme Court of Pennsylvania.

April 3, 1996.

## *ORDER*

PER CURIAM.

AND NOW, this 3rd day of April, 1996, the Petition for Allowance of Appeal is granted, limited to the issue of determining whether 18 Pa.C.S.A. 102 was properly used in this case. Oral argument will be heard.